JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH BERRY, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARAMARK CORPORATION, and DOES 1 through 10 Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-10022 FLA (GJSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 21]** |

On July 19, 2022, the Parties filed a Stipulation, requesting the court dismiss the action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dkt. 21. Having considered the Stipulation and finding good cause therefor, the court DISMISSES the action with prejudice, with the parties to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: July 21, 2022

　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　United States District Judge